## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL TEED, | : | CIVIL ACTION NO. 1:22-CV-1568 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| WARDEN, LOW SECURITY | : | |
| CORRECTIONAL INSTITUTION, | : | |
| ALLENWOOD, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 28th day of November, 2022, upon consideration of the

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the

reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.    The petition for writ of habeas corpus is DENIED.  (Doc. 1).

2.    The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania