IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL TEED,** | : | CIVIL ACTION NO. 1:22-CV-1568 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN, LOW SECURITY CORRECTIONAL INSTITUTION, ALLENWOOD,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 3rd day of February, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), respondent's response (Doc. 6), petitioner's reply (Doc. 7) to the response, and petitioner's Rule 59(e) motion (Doc. 10), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court is directed to REOPEN this case.

2. The Clerk of Court is directed to VACATE this court's prior memorandum and order (Docs. 8, 9).

3. The petition for writ of habeas corpus is DENIED.  (Doc. 1).

4. Petitioner's Rule 59(e) motion (Doc. 10) is DENIED.

5. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania